THE BROWN LAW GROUP, P.C.
Rodney A. Brown, Esq. (7558)
2 Grand Central Tower
140 East 45th Street, 25th Fl.
New York, New York 10017
(212) 421-1845

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
ROBERT LEWIS ROSEN                                         :
ASSOCIATES, LTD.,                                          :
                                                           :
        Petitioner,                                      :   **AFFIDAVIT OF SERVICE**
                                                           :
-against-                                                  :   Civ. Index No. 07 CV 11403
                                                           :
WILLIAM WEBB,                                              :
                                                           :
        Respondent.                                      :
                                                           :
-----------------------------------------------------------x

STATE OF NEW YORK   )
                    : ss.
COUNTY OF NEW YORK  )

    JANINE WONG, being duly sworn, deposes and says:

    1.    I am not a party to this action and am over 18 years of age and reside in Fresh Meadows, NY 11365.

    2.    On December 22, 2007, I caused to be served a true and accurate copy of the following documents to Defendant: (i) Summons; (ii) FRCP Rule 7.1 Statement; (iii) Notice of Motion to Vacate Arbitration Award; (iv) Affidavit of Rodney A. Brown in Support of Petition to Vacate Arbitration Award; (v) Memorandum of Law in Support of Petition to Vacate Arbitration Award; and (vi) Petition to Vacate Arbitration Award (with Exhibits A - F); by

process server (see Return of Service dated December 22, 2007) to the following individual at the last known address as set forth below:

> William Webb
> 47 Cobb Road
> Mountain Lakes, New Jersey, 07046

3. On December 26, 2007, I served a true and accurate copy of the following documents: (i) Summons; (ii) FRCP Rule 7.1 Statement; (iii) Notice of Motion to Vacate Arbitration Award; (iv) Affidavit of Rodney A. Brown in Support of Petition to Vacate Arbitration Award; (v) Memorandum of Law in Support of Petition to Vacate Arbitration Award; and (vi) Petition to Vacate Arbitration Award (with Exhibits A - F); by Federal Express to the following individual at the last known address as set forth below:

> Jeffrey D. Ullman, Esq.
> Ullman, Furhman & Platt, P.C.
> 89 Headquarters Plaza
> North Tower, Twelfth Floor
> Morristown, New Jersey 07960

_____
JANINE WONG

Sworn to before me this
27th day of December, 2007

_____
Notary Public

SUDAKSHINA SEN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02SE6078717
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES AUGUST 5, 2010

AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS FRCP RULE 7.1 STATEMENT, NOTICE OF MOTION TO VACATE ARBITRATION AWARD, AFFIDAVIT OF RODNEY A. BROWN IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD, MEMORANDUM OF LAW IN SUPPORT OF PEITION TO VACATE ARBITRATION AWARD, EXHIBITS, PETITION TO VACATE ARIBATRATION AWARD** |
| EFFECTED (1) BY ME: | **NICHOLAS CIULLO** |
| TITLE: | **PROCESS SERVER**   DATE: **12/22/2007 09:01AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

WILLIAM WEBB

Place where served:

47 COBB ROAD   MOUNTAIN LAKES NJ 07046

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

WILLIAM WEBB

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___   SERVICES $ ____.___   TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/22/20 07

_____ L.S.
SIGNATURE OF NICHOLAS CIULLO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

12/22/07
*Janira S. Velez*
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | HYKUA GAVRILOV, ESQ. |
| PLAINTIFF: | ROBERT LEWIS ROSEN ASSOCIATES LTD. |
| DEFENDANT: | WILLIAM WEBB |
| VENUE: | SOUTHERN DIS., NY |
| DOCKET: | 07 CV 11403 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ New York

Robert Lewis Rosen Associates, Ltd.,

    Petitioner,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

William Webb,

    Respondent.

**07 CV 1140**

TO: (Name and Address of Defendant)

    William Webb
    47 Cobb Road
    Mountain Lakes, New Jersey 07046

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Petitioner's ATTORNEY (name and address)

Rodney A. Brown, Esq.
The Brown Law Group, P.C.
Two Grand Central Tower
140 East 45th Street
New York, New York 10017

an answer to the Petition which is herewith served upon you, within ____10____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition.

**J. MICHAEL McMAHON**
CLERK

DEC 19 2007
DATE