UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LEWIS ROSEN ASSOCIATES, LTD.,

               Petitioner,

-against-

WILLIAM WEBB,

               Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: *5/20/08*

07 Civ.11403 (RJH)

**ORDER**

     The parties are directed to appear for argument on the pending cross-motions in this action on June 27, 2008 at 2:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007. In advance of argument, the parties may submit letter briefs on the impact, if any, of the Supreme Court's recent decision in *Hall Street Assocs., LLC v. Mattel, Inc.*, 128 S. Ct. 1396 (2008). The letter submissions should be no longer than three pages and should be served no later than June 6, 2008. Further submissions shall be made only with the prior approval of the Court.

SO ORDERED.

Dated: New York, New York
      May 20, 2008

Richard J. Holwell
United States District Judge