# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/0~

SDNY(NYNY)
Holwell, USDJ

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ROBERT LEWIS ROSEN ASSOCIATES,
LTD.,

             Petitioner-Appellant,

—*against*—

WILLIAM WEBB,

             Respondent-Appellee.

Docket No. 08–3916–cv

**STIPULATION OF VOLUNTARY
DISMISSAL**

U.S. DISTRICT COURT
FILED
AUG 28 2008
S.D. OF N.Y.

       ***IT IS HEREBY STIPULATED AND AGREED,*** by and between the undersigned

attorneys for the parties in the above-entitled action, that the appeal by Petitioner, Robert Lewis

Rosen Associates, Ltd., from the Memorandum Opinion and Order of the United States District

Court for the Southern District of New York (Holwell, U.S.D.J.), entered July 7, 2008, be, and the

same hereby is, dismissed, with prejudice and without costs, pursuant to Rule 42(b), ***F.R.A.P.***

       ***IT IS FURTHER STIPULATED AND AGREED,*** that countersigned facsimile

copies of this Stipulation shall be valid, and may be filed with the Court as originals.

**THE BROWN LAW GROUP, P.C.**

By: *Rodney A. Brown*

Rodney A. Brown
Attorneys for Petitioner-Appellant
Two Grand Central Tower
140 East 45th Street
New York, New York 10017
Tel.: (212) 421-1845

Dated: New York, New York
August 20, 2008

**ULLMAN, FURHMAN & PLATT, P.C.**

By: _____

Jeffrey D. Ullman
Attorneys for Respondent-Appellee
89 Headquarters Plaza
North Tower, 12th Floor
Morristown, New Jersey 07960
Tel.: (973) 993-1744

Dated: Morristown, New Jersey
August 18, 2008

COURT OF APPEALS
FILED
AUG 25 2008
Catherine ...
SECOND CIRCUIT

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By *Stanley A. Bass*
Stanley A. Bass, Staff Counsel
Aug. 25, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

**ISSUED AS MANDATE:** AUG 27 2008